**No. 57075.**—Frederic Henjes, Jr., Inc. *v.* United States, protest 192071–K (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, FEBRUARY 11, 1953

**No. 57076.**—C. J. Tower & Sons *v.* United States, protests 111843–K, etc. (Buffalo).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of abrasive sludge similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (40 C. C. P. A. 14, C. A. D. 491), the claim for free entry under paragraph 1664 was sustained.

**No. 57077.**—R. C. Wehling Co. *v.* United States, protest 176130–K (New York).

Opinion by LAWRENCE, J.   At the trial it was stipulated that the merchandise in issue consists of broken pieces of type metal in the form of scrap and that it is suitable only for use by remelting.   Counsel for the defendant conceded that the merchandise is, in fact, scrap and is fit only for remanufacture.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.